# EXHIBIT 6

# LICENSE AGREEMENT BETWEEN EarthCam, Inc. and END USER for:

## EarthCam Control Center Software

The use of this product indicates your understanding and acceptance of the following terms and conditions. This license shall supersede any verbal, or prior verbal or written, statement or agreement to the contrary. If you do not understand or accept these terms, or your local regulations prohibit "after sale" license agreements or limited disclaimers, you must cease and desist using this product immediately. Copyright laws supersede all local regulations.

### Copyright:

This product (in whole or in part, including all files, data, and documentation, from here on referred to as "EarthCam Control Center Software") is Copyright 2002-2010 EarthCam, Inc., all rights reserved, and is protected by United States copyright laws, international treaties and all other applicable national or international laws. This product may not, in whole or in part, be copied, photocopied, translated, or reduced to any electronic medium or machine readable form, without prior consent in writing, from EarthCam, Inc. and according to all applicable laws. The sole owner of this product is EarthCam, Inc.

### Liability disclaimer:

This product and/or license is provided exclusively by EarthCam, Inc. on an "as is" basis, without any representation or warranty of any kind, either express or implied, including without limitation any representations or endorsements regarding the use of, the results of, or performance of the product, its appropriateness, accuracy, reliability, or correctness.

The entire risk as to the use of this product is assumed by the End User and/or licensee. End User and EarthCam, Inc. do not assume liability for the use of this product beyond the original purchase price. In no event will End User or EarthCam, Inc. be liable for additional direct or indirect damages including any lost profits, lost savings, or other incidental or consequential damages arising from any defects, or the use or inability to use this product, even if End User or EarthCam, Inc. have been advised of the possibility of such damages. End User indemnifies EarthCam, Inc. from any and all inappropriate or illegal uses of EarthCam, Inc. software and/or from any alterations of software not approved by EarthCam, Inc.

EarthCam, Inc. will not be liable for any direct or indirect damages arising from lawsuits or legal fees incurred by such uses.

### Restrictions:

You may not use, copy, modify, embed, translate, or transfer the product or any copy except as expressly defined in this agreement. You may not attempt to unlock or bypass any copy protection or authentication algorithm utilized by this product. You may not remove, reverse engineer, decompile or modify any copyright notice, nor any "about" dialog or the method by which it may be invoked.

### Limitation of Use:

You may not modify, copy, distribute, transmit, display, embed, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products or services obtained from the EarthCam Control Center Software. Without the advance express written permission of EarthCam, Inc., you may not send, or cause to be sent, any automated queries of any sort to the EarthCam Control Center Software, or use the EarthCam Control Center Software in any commercial manner.

**No Unlawful or Prohibited Use:**

As a condition of your use of the EarthCam Control Center Software, you will not use the EarthCam Control Center Software for any purpose that is unlawful or prohibited by these terms, conditions, and notices. You may not use the EarthCam Control Center Software in any manner that could damage, disable, overburden, or impair the EarthCam Control Center Software (or the network(s) connected to the EarthCam Control Center Software) or interfere with any other party's use and enjoyment of the EarthCam Control Center Software. You may not attempt to gain unauthorized access to the EarthCam Control Center Software, other accounts, computer systems or networks connected to the EarthCam Control Center Software, through hacking, password mining or any other means. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available through the EarthCam Control Center Software.

**Terms:**

This license is effective until terminated. This license will terminate if you fail to comply with any terms or conditions of this agreement. You agree upon such termination to destroy all copies of the software and of the documentation, or return them to EarthCam, Inc. for disposal.

**Modification of These Terms of Use:**

EarthCam, Inc. reserves the right to change the terms, conditions, and notices under which the EarthCam Camera Control Software is offered, including but not limited to the charges associated with the use of the EarthCam Camera Control Software. You are responsible for regularly reviewing these terms and conditions and additional terms posted on particular websites. Your continued use of the EarthCam Camera Control Software constitutes your agreement to all such terms, conditions, and notices.

**Other rights and restrictions:**

- Limitations on Reverse Engineering, Decompilation and Disassembly.
  You may not reverse engineer, decompile, or disassemble the product.
- Separation of Components.
  The product is licensed as a single product. Its component parts may not be separated for use on other systems or sites.
- License to Use Images.
  EarthCam is granted the right to use and a royalty free license to publish images produced by your camera within its marketing materials.

All other rights and restrictions not specifically granted in this license are reserved by End User and/or EarthCam, Inc.

**Other Restrictions:**

You may not rent, lease or sublicense the Software but you may transfer the Software and accompanying written materials on a permanent basis provided that you retain no copies and the recipient agrees to the terms of this agreement. You may not reverse engineer, decompile, or disassemble the Software. If the Software is an update or has been updated, any transfer must include the most recent update and all previous versions.

**Termination:**

This license for the Software is effective until terminated. Your rights under this license will terminate automatically without notice from EarthCam if you fail to comply with any term(s) of this license. Upon the termination of this license, you shall cease all use of the Software and destroy all copies, full or partial, of the Software.

**Disclaimer:**

THE SOFTWARE IS DELIVERED 'AS IS' WITHOUT WARRANTY OF ANY KIND. THE ENTIRE RISK AS TO THE RESULTS AND PERFORMANCE OF THE SOFTWARE IS ASSUMED BY THE PURCHASER. EARTHCAM, INC. DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, OR ANY WARRANTY ARISING OUT OF ANY PROPOSAL, SPECIFICATION OR SAMPLE WITH RESPECT TO THE SOFTWARE.

EARTHCAM, INC. SHALL NOT BE LIABLE FOR LOSS OF DATA, LOSS OF PRODUCTION, LOSS OF PROFIT, LOSS OF USE, LOSS OF CONTRACTS OR FOR ANY OTHER CONSEQUENTIAL, ECONOMIC OR INDIRECT LOSS WHATSOEVER IN RESPECT OF SALE, PURCHASE, USE OR DISPOSITION OF THE SOFTWARE.

EARTHCAM, INC. TOTAL LIABILITY FOR ALL CLAIMS IN ACCORDANCE WITH THE SALE AND PURCHASE OF THE SOFTWARE SHALL NOT EXCEED THE PRICE PAID FOR THE SOFTWARE.

**Governing Law:**

This agreement shall be deemed performed in and shall be construed by the laws of New Jersey.