# EXHIBIT 24



PICTURE A BETTER JOBSITE

## earthcam

**Chandler McCormack** <cmccormack@oxblue.com>                    Fri, May 20, 2011 at 5:30 PM
To: Bryan Mattern <bmattern@oxblue.com>

FYI, earthcam seems to know our IP and is blocking us from logging into their cameras when we have a valid username and password. I was however able to login using a proxy server. If they did identify our IP I'm not sure how they managed to do it unless they can pull our DNS table and there is a dns entry for the office or something.

Here is one of their systems

login at earthcam.net
user = cfoley
pass = temp

-cm


--
--
iPhone and iPad apps now available from OxBlue at the app store
--
(888) 849-2583 main
(404) 917-0200
(404) 917-0201 fax

www.OxBlue.com

**Bryan Mattern** <bmattern@oxblue.com>                            Fri, May 20, 2011 at 6:02 PM
To: Chandler McCormack <cmccormack@oxblue.com>

Our office IP isn't in DNS anywhere. Not sure how they could have gotten that unless from an old employee or someone sending them mails from the office. We got a new IP when we moved into the new office.

I'm still just amazed at how confusing and hard to use their interface is.

--
OxBlue Corporation
814 Bellemeade Ave NW
Atlanta, GA 30318

(888) 849-2583 main (404) 917-0200 voice
(404) 917-0201 fax

www.OxBlue.com

On May 20, 2011, at 5:30 PM, Chandler McCormack wrote:

ttps://mail.google.com/mail/ca/u/0/?ui=2&ik=be0d3704d4&view=pt&q=cfoley&qs=true&search=query&...

Oxblue 000129