# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 05, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 14-14774-DD
Case Style: EarthCam, Inc. v. OxBlue Corporation, et al
District Court Docket No: 1:11-cv-02278-WSD

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Elora Jackson, DD
Phone #: (404) 335-6173

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-14774-DD
_____

EARTHCAM, INC.,
a Delaware corporation,

                              Plaintiff - Counter Defendant- Appellant,

versus

OXBLUE CORPORATION,
a Georgia corporation,
CHANDLER MCCORMACK,
Individually,
JOHN PAULSON,
Individually,
BRYAN MATTERN,
Individually,

                              Defendants - Counter Claimants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to Appellant EarthCam, Inc.'s motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 05, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, DD, Deputy Clerk

FOR THE COURT - BY DIRECTION